THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERT GRANT, Appellant.

Submitted November 13, 1947; decided November 21, 1947.

*Harry G. Anderson* for appellant.

*Miles F. McDonald, District Attorney (Henry J. F. Davey* of counsel), for respondents.

Judgments reversed and information dismissed on the ground that the evidence did not warrant a finding of the guilt of the defendant beyond a reasonable doubt. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.